UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CHRISTOPHER SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1411 (PLF) |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Upon consideration of the parties' recent joint status report, the Court directs the parties to brief the question of whether Sanders has exhausted his administrative remedies under the Comprehensive Merit Personal Act ("CMPA") by filing an appeal to the Office of Employee Appeals ("OEA"). Administrative Law Judge Eric Robinson recently determined that the OEA did not have jurisdiction over Sanders's procedural due process claim. See Sanders v. D.C. Metro. Police Dep't. at 2-5 (O.E.A. Oct. 31, 2016) (OEA Matter No. 1601-0060-15) [Dkt. 135-1]. In the joint status report, the parties dispute whether Sanders has fully exhausted his administrative remedies now that the OEA has issued a decision. See Joint Status Report at 2-3 (Dec. 9, 2016) [Dkt. 135].

Accordingly it is hereby

ORDERED that the plaintiff shall file a brief of no more than eight pages on or before January 24, 2017, regarding whether a plaintiff must appeal an OEA decision to the D.C. Superior Court and then the D.C. Court of Appeals in order to exhaust his administrative remedies under the CMPA; and it is

FURTHER ORDERED that the defendants shall file a response of no more than eight pages on or before February 7, 2017.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 12|21|16

2